

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-19-00078-CV

## IN RE HAMPTON ROADS LANDSCAPING & LAWN CARE, LLC AND MARK RYAN TAYLOR

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relators' Petition for Writ of Mandamus, filed on February 27, 2019, is denied. The stay ordered by the Court on February 28, 2019 is lifted.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Stay lifted
Petition denied
Opinion delivered and filed April 24, 2019
[OT06]

